C. Percy Read, defendant in error, v. Anna Silverman.   Iroquois Auto Insurance Underwriters, plaintiff in error.   Gen. No. 36,417.

Opinion filed April 10, 1933.

Beverly & Klaskin and D. W. Elliott, for plaintiff in error. Tinsman, Blocki & Heeren, for defendant in error; Gale Blocki, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.